# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Daniel Medina                                    Docket No. 08-0105M

**COMES NOW** Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of, who was placed on bond by the Honorable Sandra M. Snyder, sitting in the Court at Fresno, on the 12 day of, May 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Operating a Motor Vehicle Under the Influence of Alcohol or Drugs; Failure to Provide Proof of Insurance; Speeding; Possession of Methamphetamine

**BOND CONDITIONS: Please see attached**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Mr. Medina failed to appear for drug/alcohol testing on July 5, 2008, July 11, 2008, and August 1, 2008. Further, the defendant failed to appear for substance abuse counseling on July 7, 2008, and July 28, 2008. This is in violation of the condition that the defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** that a No Bail bench warrant be issued for this defendant's arrest.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2008.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer

### ORDER

[X] The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ No Bail.

[ ] The Court hereby orders this ex parte motion and order be sealed.

[ ] The Court orders a summons be issued with an appearance date of _____.

[ ] The Court hereby orders this matter placed on this court's calendar on _____ at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

[ ] The Court orders no action be taken.

Considered and ordered this 7th day of August 2008, and ordered filed and made a part of the records in the above case.

William M. Wunderlich, U.S. Magistrate Judge

rev. 1/93

**MEDINA, Daniel**
**Docket No. 08-0105M**

## ADDITIONAL CONDITIONS OF RELEASE

You shall obey all laws.

You shall report any new arrests.

You shall stay in touch, and make any court appearance when advised;

You shall report to Pretrial Services for a post interview.

### MODIFIED ON JUNE 17, 2008

Defendant shall not travel outside the Eastern District of California, that is these counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba.

Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions the first working day following your release from custody.

Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.

Defendant shall not use alcohol to excess and shall not use or possess any narcotic drug and/or controlled substance without a legal prescription.

Defendant shall report by telephone to Pretrial Services Agency by 5 pm on June 18, 2008.

You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request.

You shall act to clear any other outstanding traffic matters within 30 days of this matter.