

1  BENJAMIN B. WAGNER
   United States Attorney
2  BAYLEIGH J. PETTIGREW
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  1:08-MJ-00105

12              Plaintiff,
                                      MOTION AND ORDER FOR DISMISSAL
13 v.

14 DANIEL MEDINA,

15              Defendant.

16

17

18     The United States of America, by and through Benjamin B. Wagner,
19 United States Attorney, and Bayleigh J. Pettigrew, Special Assistant
20 United States Attorney, hereby moves to dismiss the Information filed
21 against Daniel Medina, on or about May 12, 2008, without prejudice in
22 the interest of justice, pursuant to Rule 48(a) of the Federal Rules
23 of Criminal Procedure.

24
   DATED: May 8, 2015                 Respectfully submitted,
25
                                      BENJAMIN B. WAGNER
26                                    United States Attorney

27                              By:   /s/ Bayleigh J. Pettigrew
                                      BAYLEIGH J. PETTIGREW
28                                    Special Assistant U.S. Attorney

                                      1
                                                           U.S. v. Medina

# O R D E R

IT IS HEREBY ORDERED that the Information filed on May 12, 2008, against Daniel Medina be dismissed, without prejudice, in the interest of justice.

Dated: May 18, 2015

_____
HON. GARY S. AUSTIN
United States Magistrate Judge